

www.smsm.com

**Christine S. Varghese**
Direct: 212.651.7407
CVarghese@smsm.com

March 23, 2021

<u>Via Electronic Mail</u>

TWERSKY PLLC
Aaron Twersky, Esq.
*Attorneys for Defendant*
*Gittie Sheinkopf*
*Attorneys for Third Party-Defendants*
*Marvin and Batsheva Kohn*
747 Third Avenue, 32nd Floor
New York, New York 10017
(212) 425-0149
atwersky@twerskylaw.com

JAMES, VERNON & WEEKS, P.A.
*Attorneys for Plaintiff*
Leander L. James, Esq.
1626 Lincoln Way
Coeur d'Alene, ID 83814
(208) 667-0683
ljames@jvwlaw.net

      **Re:** *Dorina Sokolovsky v. Oorah, Inc.; Oorah Catskill Retreat LLC a/k/a "The Zone"*
          **Civil Action No.:** 1:20-cv-04116
          **SMSM File No:** 011010.000257

Dear Counselors:

      We represent Defendants/Third-Party Plaintiffs Oorah, Inc. and Oorah Catskill Retreat, LLC a/k/a "The Zone" ("Oorah"). We respectfully submit this letter enclosing:

1. Notice of Motion To Dismiss the Third-Party Action Without Prejudice on behalf of Defendants/Third-Party Plaintiffs Oorah, Inc.; Oorah Catskill Retreat LLC a/k/a "The Zone." In the Alternative, and if the Court will not dismiss the Third-Party Action Without Prejudice, For Leave to Further Amend the Third-Party Complaint.
2. Certificate of Service

March 23, 2021

3.       Memorandum of Law in Support of Defendants/Third-Party Plaintiffs' Motion to Dismiss The Third-Party Action without Prejudice or In the Alternative, and if the Court Will Not Dismiss The Third-Party Action Without Prejudice, for Leave to Further Amend the Third-Party Complaint
4.       Exhibit "A"- Oorah's Amended Complaint filed February 3, 2021

Please do not hesitate to contact the undersigned if you have any questions. Thank you.

      Sincerely,

      /s/ *Christine S. Varghese*

      Christine S. Varghese (1327)