# Lucia Saitta

| | |
|---|---|
| **From:** | Aaron Twersky <atwersky@twerskylaw.com> |
| **Sent:** | Friday, June 2, 2023 10:53 AM |
| **To:** | Leander James; Lucia Saitta; Carla Varriale-Barker |
| **Cc:** | Darren Sammarco; Troy A. Pacella; lombardi@tolmagepeskinlaw.com; Ilana Neufeld; Mia Guttmann; Brianna Espeland |
| **Subject:** | Re: Sokolovsky Continued Deposition |

My client is a party, she is not subject to a subpoena. Subpoenas pertain to non-parties only (in my experience).

Either way, it is clear from our endless exchanges, and the last consent letter filed on the docket, that we agreed that your client would go first, and then my client. It is also clear that we are not finished with the deposition, and we stopped right in middle of a topic, when you decided we needed to end at 6 pm.
You can appear and do whatever you need, but my client will not appear on Monday, until your client's deposition is finished or the issue is resolved by the Court.

---
Aaron Twersky, Esq.
(212) 425-0149 (Office)
(917) 992-0657 (Cell)
atwersky@twerskylaw.com

## 𝒯 | TWERSKY PLLC

747 Third Avenue, 32nd Floor
New York, New York 10017

*******************************************************************
PLEASE CALL THE OFFICE TO CONFIRM WIRE INFORMATION.
*******************************************************************

Long Island Office:
366 Pearsall Avenue, Suite 1
Cedarhurst, New York 11516

NOTICE

This e-mail message is intended only for the named recipient(s) above. It may contain confidential information that is privileged or that constitutes attorney work product. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail and any attachment(s) is strictly prohibited. If you have received this e-mail in error, please immediately notify the sender by replying to this e-mail and delete the message and any attachment(s) from your system. Thank you.
==========================================================================

**From:** Leander James <ljames@jvwlaw.net>
**Sent:** Friday, June 2, 2023 1:40 PM
**To:** Aaron Twersky <atwersky@twerskylaw.com>; Lucia Saitta <lucia@jvwlaw.net>; Carla Varriale-Barker <CVarriale@SMSM.com>
**Cc:** Darren Sammarco <DSammarco@SMSM.com>; Troy A. Pacella <TPacella@SMSM.com>; lombardi@tolmagepeskinlaw.com <lombardi@tolmagepeskinlaw.com>; Ilana Neufeld <ineufeld@twerskylaw.com>; Mia Guttmann <mguttmann@twerskylaw.com>; Brianna Espeland <brianna@jvwlaw.net>
**Subject:** RE: Sokolovsky Continued Deposition