UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
DORINA SOKOLOVSKY,

                    Plaintiff,

          -against-

OORAH, INC., *et al.*,

                  Defendants.
--------------------------------------------------------------X

<u>**SCHEDULING ORDER**</u>
20 CV 4116 (DG) (CLP)

**POLLAK**, United States Magistrate Judge:

The Court has reviewed the parties' joint letter motion regarding the discovery schedule. (ECF Nos. 118). The parties' request for an extension of time to complete paper fact discovery is DENIED, as the parties have not shown good cause for such an extension. As previously ordered, defendants shall have until February 28, 2024, to review plaintiff's production, meet and confer with plaintiff regarding any issues, and file letter motions as necessary. Plaintiff must likewise file any letter motions concerning paper discovery (<u>i.e.</u>, discovery of documents and ESI) by February 28, 2024.

With respect to all other discovery deadlines, the Court concludes that a small extension is appropriate to permit the parties to complete fact depositions, but that the requested 60-day extension is far too long. It is therefore ORDERED that schedule will be as follows:

- Date to complete paper discovery: February 28, 2024.[1]

- Date to complete all fact depositions: April 22, 2024.

- Date to move for leave to amend pleadings: April 22, 2024.

- Date of plaintiff's expert reports: May 13, 2024.

---

[1] With the exception of any subsequent productions that may be required as a result of letter motions filed by the deadline noted above.

- Date of defendants' expert reports: June 3, 2024.

- Date to complete expert discovery: July 1, 2024.

- Date to file contemplated dispositive motions: July 22, 2024.

No further extensions shall be granted.

      **SO ORDERED.**

Dated:  Brooklyn, New York
       February 12, 2024

                             *Cheryl L. Pollak*
                             Cheryl L. Pollak
                             United States Magistrate Judge
                             Eastern District of New York