# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
DORINA SOKOLOVSKY,

                Plaintiff,

    -against-                                 **ORDER**
                                                     20 CV 4116 (DG) (CLP)

Oorah Inc., *et al.*,

                Defendants.
-----------------------------------------------------------X

**POLLAK**, United States Magistrate Judge:

        On January 29, 2023, Oorah Catskills Retreat LLC and Oorah, Inc. (collectively, "Oorah Defendants") filed a proposed subpoena directing Asher Lovy ("Lovy") to produce specified documents by March 7, 2024, at 10:00 AM. (ECF No. 116).

        The proposed subpoena is So Ordered. If Lovy fails to provide the requested documents by March 7th, as directed in the subpoena, they will be required to appear before this Court on **March 20, 2024, at 9:15 AM**, to show cause why sanctions, including monetary sanctions, should not be imposed for its failure to comply with a Court Order. See Fed. R. Civ. P. 45(g). The show cause hearing, if needed, will be held via AT&T conference call. Please dial 877-336-1839 at 9:15 on March 20, 2024. Enter Access code: 380-1746 and security code: 20-4116.

        By **March 12, 2024**, the Oorah Defendants shall file a status report indicating whether Lovy has complied with this Order and the subpoena.

        **SO ORDERED.**

Dated: Brooklyn, New York
       February 5, 2024

                                                     /s/ Cheryl L. Pollak
                                            Cheryl L. Pollak
                                            United States Magistrate Judge
                                            Eastern District of New York

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

SO ORDERED

/s/ Cheryl L. Pollak
Cheryl L. Pollak
United States Magistrate Judge
Eastern District of New York
February 5, 2024

DORINA SOKOLOVSKY

*Plaintiff*

v.

OORAH, INC., OORAH CATSKILL RETREAT LLC a/k/a "THE ZONE," and GITTIE SHEINKOPF,

*Defendants*

Civil Action No. 20-CV-04116(DG)(CLP)

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Asher Lovy

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: Obtain any and all correspondence from Mr. Lovy and/or anyone representing his organization ZA'AKAH with either Plaintiff, Dorina Sokolovsky, Leah Forster, and/or plaintiff's counsels, JAMES VERNON & WEEKS, PA, or TOLMAGE PESKIN HARRIS & FALICK, including WhatsApp Messages, text messages, email communications, direct messages on all social medial platforms, call logs, and/or all other communications from 2012 to present.

| Place: Segal McCambridge, 777 Third Avenue, Suite 2400, New York, NY 10017 | Date and Time: 03/07/2024 10:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 01/29/2024

*CLERK OF COURT*

OR

_____    /s/ Carla Varriale-Barker, Esq.
*Signature of Clerk or Deputy Clerk*           *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Defendants OORAH, INC., and OORAH CATSKILL RETREAT, LLC aka "The Zone", who issues or requests this subpoena, are:
Carla Varriale-Barker, Esq. - Segal McCambridge, 777 Third Ave., STE 2400, NY, NY 10017, cvarriale@smsm.com

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).