UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DORINA SOKOLOVSKY, <br><br> *Plaintiff,* <br><br> -against- <br><br> OORAH, INC., OORAH CATSKILL RETREAT LLC a/k/a "THE ZONE," and GITTIE SHEINKOPF, <br><br> *Defendants*. | Docket No: 1:20-cv-04116 <br><br> **NOTICE OF SO-ORDERED SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS** |

**PLEASE TAKE NOTICE**, that Defendants, OORAH, INC. and OORAH CATSKILL RETREAT LLC a/k/a "THE ZONE (collectively, "Defendants"), by their attorneys **SEGAL McCAMBRIDGE SINGER & MAHONEY, LTD**., pursuant to *FRCP 45(a)(4),* hereby give notice of the following who will be served a So-Ordered subpoena hereto attached as "**Exhibit A**," to produce to the office of the undersigned prior to or on March 7, 2024 by 5:00 p.m. the documents, information, or objects in relation to Plaintiff and as mentioned in said So-Ordered subpoena from:

1. **Asher Lovy**

**PLEASE TAKE FURTHER NOTICE,** that said So-Ordered subpoena accompanies this Notice and satisfies Fed. R. Civ. P. 45(a)(4) requiring service on each party in this case before subpoenas are served on the people whom they are directed.

Dated: New York, NY
       February 5, 2024

                            **SEGAL McCAMBRIDGE SINGER & MAHONEY, LTD.**

                            By:   */s/ Carla Varriale-Barker*

                            Carla Varriale-Barker, Esq.
*Attorneys for Defendants*
*OORAH, INC., and OORAH CATSKILL*
*RETREAT LLC a/k/a "THE ZONE"*
777 Third Avenue, STE 2400
New York, NY 10017
(212) 651-7500
cvarriale@smsm.com
Our File No.: 011010.000257

TO:

Leander L. James, Esq.
**JAMES, VERNON & WEEKS, P.A.**
*Attorneys for Plaintiff*
1626 Lincoln Way
Coeur d'Alene, Idaho 83814
(208) 667-0683
ljames@jvwlaw.net

Aaron Twersky, Esq.
**TWERSKY PLLC**
*Attorneys for Defendant*
*GITTIE SHEINKOPF*
747 Third Avenue, 32nd Floor
New York, NY 10017
(212) 425-0149
atwersky@twerskylaw.com

# Exhibit A

AO 88B  (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

SO ORDERED

/s/ Cheryl L. Pollak
Cheryl L. Pollak
United States Magistrate Judge
Eastern District of New York
February 5, 2024

DORINA SOKOLOVSKY

*Plaintiff*

v.

OORAH, INC., OORAH CATSKILL RETREAT LLC a/k/a "THE ZONE," and GITTIE SHEINKOPF,

*Defendants*

Civil Action No. 20-CV-04116(DG)(CLP)

### SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Asher Lovy

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: Obtain any and all correspondence from Mr. Lovy and/or anyone representing his organization ZA'AKAH with either Plaintiff, Dorina Sokolovsky, Leah Forster, and/or plaintiff's counsels, JAMES VERNON & WEEKS, PA, or TOLMAGE PESKIN HARRIS & FALICK, including WhatsApp Messages, text messages, email communications, direct messages on all social medial platforms, call logs, and/or all other communications from 2012 to present.

| Place: Segal McCambridge, 777 Third Avenue, Suite 2400, New York, NY 10017 | Date and Time: 03/07/2024 10:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 01/29/2024

*CLERK OF COURT*

OR

_____        /s/ Carla Varriale-Barker, Esq.
*Signature of Clerk or Deputy Clerk*        *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Defendants OORAH, INC., and OORAH CATSKILL RETREAT, LLC aka "The Zone", who issues or requests this subpoena, are:
Carla Varriale-Barker, Esq. - Segal McCambridge, 777 Third Ave., STE 2400, NY, NY 10017, cvarriale@smsm.com

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).