# Lucia Saitta

| | |
|---|---|
| **From:** | Leander James |
| **Sent:** | Friday, March 15, 2024 7:53 AM |
| **To:** | Carla Varriale-Barker; leah forster |
| **Cc:** | Troy A. Pacella; atwersky@twerskylaw.com; Lucia Saitta; Ilana Neufeld; mguttmann@twerskylaw.com; jlowe@twerskylaw.com; Kimberly Connolly |
| **Subject:** | Sokolovsky v. Oorah et. al; First Subpoena to Mr. Lovy |

Ms. Varriale-Baker,

Kindly be advised that my client, Mr. Asher Lovy, has continued to search for data responsive to Oorah Defendants' first subpoena. He has additionally located a Facebook communication that can be found at this link: Discovery Facebook 3-14-2024.mp4

While the first subpoena did not ask for posts (just correspondence), he is also providing the following:

https://www.facebook.com/asher.lovy/posts/pfbid0ykhNbAEtebAbLGPg2y35cqWvjF4twVzLB91nqxubWJwt9GnJA13WdFoVC5BwXGSel?__cft__[0]=AZUdQBl7o8QvKOHT_zSGYvQV5tq8TOQRpRL6Mnesnc_fT9QJZ-1ivKOSACdLeyPcqgXUSB_iwBTCX9xnW_wKjaKB2BAx5ekgdxagiia1-nBGeDBGFXMxKn6vgU2JPG186pNmndj-UJ5f0Q0IQYeSD24eOXzTD84P__m4FGA3lwSY-3PJK3v91WKP3laMbagU_0E&__tn__=%2CO%2CP-R

https://forward.com/news/402472/orthodox-camp-counselor-of-traumatic-sex-abuse/

Regarding call logs, Mr. Lovy is three phones and two phone carriers later at this point; he does not have those records. For the same reason, he does not have access to his WhatsApp conversations with Leah Forster. As you may recall, we ran into a similar technical problem with Plaintiff's phone and WhatsApp data, which required the intervention of an e-discovery vendor.

Respectfully,

Leander L. James, of the firm
**JAMES, VERNON & WEEKS, P.A.**
*Helping people solve problems®*

*Inland Northwest Office*
1626 LINCOLN WAY
COEUR D'ALENE, ID  83814
Telephone:  (208) 667-0683
Toll-Free:  (888) 667-0683
Facsimile:  (208) 664-1684

*New York City Office*
7th Floor
20 Vesey Street
New York, NY  10007
Telephone:  (347) 852-8061
Toll-Free:  (888) 667-0683
Facsimile:  (208) 664-1684

1

*Rochester New York Office*
500 Canal View Boulevard
Suite 600
Rochester, NewYork 14623
Telephone: (347) 852-8061
Toll-Free: (888) 667-0683
Facsimile: (208) 664-1684

e-mail: ljames@jvwlaw.net
Facebook: https://www.facebook.com/leander.james.7
Home Page: http://www.jvwlaw.net/

CONFIDENTIALITY NOTICE: This e-mail and attachments accompanying it contain information belonging to the sender, which may be legally privileged or subject to the work product doctrine. The information is intended only for the use of the individual or entity stated in this e-mail. If you are not the intended recipient, you are hereby notified that any disclosure, copying distribution or the taking of any action in reliance on the contents of this e-mail or attachments is strictly prohibited. If you have received this e-mail in error, please immediately notify us by e-mail or telephone (collect, if necessary) to arrange for disposition of the original.