# Lucia Saitta

| | |
|---|---|
| **From:** | Leander James |
| **Sent:** | Friday, March 15, 2024 2:48 PM |
| **To:** | Carla Varriale-Barker; leah forster |
| **Cc:** | Troy A. Pacella; atwersky@twerskylaw.com; Lucia Saitta; Ilana Neufeld; mguttmann@twerskylaw.com; jlowe@twerskylaw.com; Kimberly Connolly |
| **Subject:** | Sokolovsky v. Oorah et. al; First Subpoena to Mr. Lovy |
| **Attachments:** | 1000109142.jpg; 1000109133.jpg; 1000109139.jpg; 1000109145.jpg; 1000109130.jpg; 1000109136.jpg; 1000109151.mp4 |

Dear Ms. Varriale-Barker,

In his ongoing effort to more than comply with Oorah Defendants' first subpoena, and in light of Oorah Defendants' suspicions about screenshots showing a "down arrow" and not the remaining exchange, Mr. Lovy has forwarded the attached. These contain the rest of the chat Oorah Defendants have been suspicious about because of the "down arrow." To be clear, these chats were from a colleague of Mr. Lovy at ZA'AAKAH. She did not think the information was at all relevant to the action because it was about another case entirely that did not involve Leah Sokolovsky. You will note it references a case involving "Chevi Garfinkel." That's not our case. Since the attached references unrelated third parties and sensitive information, I kindly ask that you keep it confidential.

Respectfully,

Leander L. James, of the firm
**JAMES, VERNON & WEEKS, P.A.**
*Helping people solve problems®*

*Inland Northwest Office*
1626 LINCOLN WAY
COEUR D'ALENE, ID 83814
Telephone: (208) 667-0683
Toll-Free: (888) 667-0683
Facsimile: (208) 664-1684

*New York City Office*
7th Floor
20 Vesey Street
New York, NY 10007
Telephone: (347) 852-8061
Toll-Free: (888) 667-0683
Facsimile: (208) 664-1684

*Rochester New York Office*
500 Canal View Boulevard
Suite 600
Rochester, NewYork 14623
Telephone: (347) 852-8061
Toll-Free: (888) 667-0683
Facsimile: (208) 664-1684

e-mail: ljames@jvwlaw.net
Facebook: https://www.facebook.com/leander.james.7
Home Page: http://www.jvwlaw.net/

CONFIDENTIALITY NOTICE: This e-mail and attachments accompanying it contain information belonging to the sender, which may be legally privileged or subject to the work product doctrine. The information is intended only for the use of the individual or entity stated in this e-mail. If you are not the intended recipient, you are hereby notified that any disclosure, copying distribution or the taking of any action in reliance on the contents of this e-mail or attachments is strictly prohibited. If you have received this e-mail in error, please immediately notify us by e-mail or telephone (collect, if necessary) to arrange for disposition of the original.