# EXHIBIT B

# Troy A. Pacella

| | |
|---|---|
| **From:** | leah forster <lilatunes@gmail.com> |
| **Sent:** | Monday, February 12, 2024 1:15 PM |
| **To:** | Carla Varriale-Barker |
| **Cc:** | Troy A. Pacella; Darren Sammarco; atwersky@twerskylaw.com; Lucia Saitta; Ilana Neufeld; ljames@jvwlaw.net; mguttmann@twerskylaw.com; jlowe@twerskylaw.com |
| **Subject:** | Re: Sokolovsky - Non-Party Witness Deposition of Leah Forster |

Confirming.
Also regarding documentation
Dorina has anything you need regarding our history of payments and any and all of my communication with her.
I also don't know how you want me to send you my communication with Asher- they were mostly thru watsapp and i dont back my messages up. I have some old facebook messages, do u want screenshots ?
Also please send me a link for tmrw. Thanks.

On Mon, Feb 12, 2024, 12:02 PM Carla Varriale-Barker <CVarriale@smsm.com> wrote:

Kindly confirm so the parties can plan accordingly.

**Carla Varriale-Barker** *(she/her/hers)* | Shareholder

212.651.7437 Direct | cvarriale@smsm.com

**From:** Troy A. Pacella <TPacella@SMSM.com>
**Sent:** Monday, February 12, 2024 11:43 AM
**To:** leah forster <lilatunes@gmail.com>
**Cc:** Carla Varriale-Barker <CVarriale@SMSM.com>; Darren Sammarco <DSammarco@SMSM.com>; atwersky@twerskylaw.com; Lucia Saitta <lucia@jvwlaw.net>; Ilana Neufeld <ineufeld@twerskylaw.com>; ljames@jvwlaw.net; mguttmann@twerskylaw.com; jlowe@twerskylaw.com
**Subject:** RE: Sokolovsky - Non-Party Witness Deposition of Leah Forster

Ms. Forster:

  The deposition is scheduled to begin at 10:00 a.m. and will likely continue throughout the entirety of the day. We will check the transcript of your prior deposition, but I believe there is approximately five hours of time remaining for the continued deposition.

  Additionally, please advise on the status of the documents requested within Exhibit A and the prior emails sent to your email address.

1