# EXHIBIT C

**Troy A. Pacella**

---

**From:** Leander James <ljames@jvwlaw.net>
**Sent:** Friday, March 15, 2024 10:03 AM
**To:** Carla Varriale-Barker; leah forster
**Cc:** Troy A. Pacella; atwersky@twerskylaw.com; Lucia Saitta; Ilana Neufeld; mguttmann@twerskylaw.com; jlowe@twerskylaw.com; Kimberly Connolly
**Subject:** FW: Sokolovsky - Non-Party Witness Deposition of Leah Forster
**Attachments:** Pl. Supplemental Disclosure - Final.pdf; Invoices for Treatment-Abroms.pdf; Invoices-Proverdi.pdf; Zelle - Plaintiff.pdf; Zelle-Forster.pdf; Zelle-Malky.pdf

**Importance:** High

Dear Ms. Varriale-Barker,

I believe we already sent this information in discovery. See attached. However, we will double check.

Respectfully,

Leander L. James, of the firm
JAMES, VERNON & WEEKS, P.A.
*Helping people solve problems®*

*Inland Northwest Office*
1626 LINCOLN WAY
COEUR D'ALENE, ID 83814
Telephone: (208) 667-0683
Toll-Free: (888) 667-0683
Facsimile: (208) 664-1684

*New York City Office*
7th Floor
20 Vesey Street
New York, NY 10007
Telephone: (347) 852-8061
Toll-Free: (888) 667-0683
Facsimile: (208) 664-1684

*Rochester New York Office*
500 Canal View Boulevard
Suite 600
Rochester, NewYork 14623
Telephone: (347) 852-8061
Toll-Free: (888) 667-0683
Facsimile: (208) 664-1684

e-mail: ljames@jvwlaw.net
Facebook: https://www.facebook.com/leander.james.7
Home Page: http://www.jvwlaw.net/

CONFIDENTIALITY NOTICE: This e-mail and attachments accompanying it contain information belonging to the sender, which may be legally privileged or subject to the work product doctrine. The information is intended only for the use of the individual or entity stated in this e-mail. If you are not the intended recipient, you are hereby notified that any disclosure, copying distribution or the taking of any action in reliance on the contents of this e-mail or attachments is strictly prohibited. If you have received this e-mail in error, please immediately notify us by e-mail or telephone (collect, if necessary) to arrange for disposition of the original.

---

**From:** Lucia Saitta <lucia@jvwlaw.net>
**Sent:** Thursday, March 14, 2024 5:12 PM
**To:** Leander James <ljames@jvwlaw.net>
**Cc:** Brianna Espeland <brianna@jvwlaw.net>
**Subject:** FW: Sokolovsky - Non-Party Witness Deposition of Leah Forster
**Importance:** High

I sent what Leah F provided to Leah S already. (See attached)

Sincerely,
Lucia A. Saitta
*Paralegal to Leander L. James, IV*
*and Brianna M. Espeland*
*(208) 667-0683*
*lucia@jvwlaw.net*




1626 Lincoln Way
Coeur d'Alene, ID 83814
Telephone: (208) 667-0683
Facsimile: (208) 664-1684

CONFIDENTIALITY NOTICE: This e-mail and attachments accompanying it contain information belonging to the sender, which is legally privileged. The information is intended only for the use of the individual or entity stated in this e-mail. If you are not the intended recipient, you are hereby notified that any disclosure, copying distribution or the taking of any action in reliance on the contents of this e-mail or attachments is strictly prohibited. If you have received this e-mail in error, please immediately notify us by e-mail or telephone (collect, if necessary) to arrange for disposition of the original.

---

**From:** Carla Varriale-Barker <CVarriale@SMSM.com>
**Sent:** Thursday, March 14, 2024 5:00 PM
**To:** leah forster <lilatunes@gmail.com>
**Cc:** Leander James <ljames@jvwlaw.net>; Troy A. Pacella <TPacella@SMSM.com>; atwersky@twerskylaw.com; Lucia Saitta <lucia@jvwlaw.net>; Ilana Neufeld <ineufeld@twerskylaw.com>; mguttmann@twerskylaw.com; jlowe@twerskylaw.com; Kimberly Connolly <KConnolly@SMSM.com>
**Subject:** Re: Sokolovsky - Non-Party Witness Deposition of Leah Forster

Please provide all of that and the communications specified in the rider as soon as possible-we cannot complete your deposition without the completed search and production.

Leander -if you have the detailed email referenced below please provide it to us tomorrow.

Thank you all.

Sent from my iPhone

On Mar 14, 2024, at 7:56 PM, leah forster <lilatunes@gmail.com> wrote:

Hi all !
I emailed Leah all the records i have of money transactions- it was very difficult to go back and find specifics. She has a detailed email from me with a breakdown as best as I can procure
I am outting together messages from appel and asher.
I have no idea who chiam is- i dont remember

On Thu, Mar 14, 2024, 7:44 PM Leander James <ljames@jvwlaw.net> wrote:

> Dear Ms. Forester,
>
> I represent Ms. Leah Sokolovsky. For what it is worth, I encourage you to produce the documents requested below to the extent you have them. If there is an undue burden on you to do so, perhaps you can coordinate with Ms. Varriale-Barker for her clients to assist in that regard.
>
> Respectfully,
>
> Leander L. James, of the firm
>
> JAMES, VERNON & WEEKS, P.A.
>
> *Helping people solve problems®*
>
> *Inland Northwest Office*
>
> 1626 LINCOLN WAY

COEUR D'ALENE, ID 83814

Telephone: (208) 667-0683

Toll-Free: (888) 667-0683

Facsimile: (208) 664-1684

*New York City Office*

7th Floor

20 Vesey Street

New York, NY 10007

Telephone: (347) 852-8061

Toll-Free: (888) 667-0683

Facsimile: (208) 664-1684

*Rochester New York Office*
500 Canal View Boulevard

Suite 600
Rochester, NewYork 14623

Telephone: (347) 852-8061

Toll-Free: (888) 667-0683

Facsimile: (208) 664-1684

e-mail: ljames@jvwlaw.net

Facebook: https://www.facebook.com/leander.james.7

Home Page: http://www.jvwlaw.net/

CONFIDENTIALITY NOTICE: This e-mail and attachments accompanying it contain information belonging to the sender, which may be legally privileged or subject to the work product doctrine. The information is intended only for the use of the individual or entity stated in this e-mail. If you are not the intended recipient, you are hereby notified that any disclosure, copying distribution or the taking of any action in reliance on the contents of this e-mail or attachments is strictly prohibited. If you have received this e-mail in error, please immediately notify us by e-mail or telephone (collect, if necessary) to arrange for disposition of the original.

---

**From:** Troy A. Pacella <TPacella@SMSM.com>
**Sent:** Thursday, March 14, 2024 1:44 PM
**To:** leah forster <lilatunes@gmail.com>; Carla Varriale-Barker <CVarriale@SMSM.com>
**Cc:** atwersky@twerskylaw.com; Lucia Saitta <lucia@jvwlaw.net>; Ilana Neufeld <ineufeld@twerskylaw.com>; Leander James <ljames@jvwlaw.net>; mguttmann@twerskylaw.com; jlowe@twerskylaw.com; Kimberly Connolly <KConnolly@SMSM.com>
**Subject:** RE: Sokolovsky - Non-Party Witness Deposition of Leah Forster

Ms. Forster,

Our office has since sought relief from the Court with respect to the documents requested within Exhibit A annexed to the subpoena provided by our office.

Within your deposition testimony you indicated that you are in possession of documents responsive to our requests. To date we have not received such documents.

Despite your claims of providing all documents to Plaintiff's attorney, we again request that you conduct a search of your records and provide our office with any responsive documents. This includes, but is not limited to the following:

- **Recent Communications with the Plaintiff**: All recent communications between yourself and the Plaintiff through WhatsApp and text messages, as referenced on pages 12, 13, 15, and 79 of your deposition transcript.
- **Payments to the Plaintiff**: As discussed on pages 44-45 of your deposition, we request records of any payments sent to the Plaintiff via Venmo, CashApp, or similar platforms.