

**Carla Varriale-Barker**
(212) 651-7437
cvarriale@smsm.com

March 26, 2024

<u>**VIA ECF**</u>
Honorable Cheryl L. Pollak
Chief United States Magistrate Judge
United States District Court
Chambers Room 1230
Courtroom 13B – South
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

>     **RE:** ***DORINA SOKOLOVSKY v. OORAH, INC., OORAH CATSKILL
>     RETREAT LLC a/k/a "THE ZONE," and GITTIE SHEINKOPF***
>     **Index No.: 1:20-CV-04116**
>     <u>**SMSM File No.: 011010.000257**</u>

Dear Judge Pollak:

The undersigned represents Defendants Oorah, Inc. and Oorah Catskill Retreat LLC a/k/a "The Zone," (the "Oorah Defendants"). Last night, Oorah Defendants submitted Docket Entry No. 129 which inadvertently included an unredacted email address. We request that the docket entry be hidden or removed to protect the private information and permission to reupload the motion response with a redacted exhibit. We promptly contacted the clerk to rectify the inadvertent error.

Oorah Defendants also submitted Docket Entry No. 130 which contains a redacted exhibit with screenshots and not the voice notes because the document could not be redacted in the original format. The document as it was provided to us by Plaintiff's attorney with the voice notes intact. We can send a Dropbox link to the Court. We could not upload the document in the format it was provided to us yesterday with the voice notes intact because it could not be redacted despite numerous efforts. With Your Honor's permission and absent any objections, we can email the Dropbox link or put it on a drive that may be shared by mail.

Respectfully submitted,

/s/ Carla Varriale-Barker

Carla Varriale-Barker, Esq.

cc (via ECF):
Leander L. James, IV, Esq.     ljames@jvwlaw.net
Aaron Twersky, Esq.            atwersky@twerskylaw.com