

**Carla Varriale-Barker**
212.651.7437
cvarriale@smsm.com

July 22, 2024

**VIA ECF**
Honorable Cheryl L. Pollak
Chief United States Magistrate Judge
United States District Court
Chambers Room 1230
Courtroom 13B – South
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      **RE:** *DORINA SOKOLOVSKY v. OORAH, INC., OORAH CATSKILL RETREAT LLC a/k/a "THE ZONE," and GITTIE SHEINKOPF*
      **Docket No.:**      1:20-CV-04116
      **SMSM File No.:**    11010-257

Dear Judge Pollak:

      The parties have jointly drafted and submit this letter so that Your Honor is aware that all parties have agreed to mediation which will commence on August 9, 2024. Plaintiff and Oorah Defendants' claims representatives have agreed to be present and remain for the entire mediation. Oorah Defendants' representative has agreed to appear remotely. Defendant Sheinkopf and her Counsel will appear remotely.

      The parties jointly request that the due date for their Status Report of August 7, 2024, be moved to a date after the mediation and that the Expert Discovery deadline of August 7, 2024, and the summary judgment deadline of August 23, 2024, be moved to a date at least three (3) weeks after mediation.

      Extending these dates will allow sufficient time for the parties to focus on mediation and avoid the costs associated with further motion practice and Expert Discovery.

      The parties remain available to conference this matter should Your Honor request.

Honorable Cheryl L. Pollak
July 22, 2024
Page **2** of **2**

                    Respectfully,

                    */s/ Carla Varriale-Barker*

                    Carla Varriale-Barker, Esq.

cc (via email):
| | |
|---|---|
| Leander L. James, IV, Esq. | ljames@jvwlaw.net |
| Aaron Twersky, Esq. | atwersky@twerskylaw.com |
| Matthew Lombardi, Esq | lombardi@tolmagepeskinlaw.com |