UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------- x

DORINA SOKOLOVSKY,

      Plaintiff,

      v.

OORAH, INC.; OORAH CATSKILL RETREAT LLC a/k/a "THE ZONE"; and GITTIE SHEINKOPF,

      Defendants.
-------------------------------------------------x

Case No. 20-CV-4116(DG)(CLP)

## NOTICE OF UNAVAILABILITY OF COUNSEL

TO: THE UNITED STATES DISTRICT COURT – EASTERN DISTRICT OF NEW YORK and ALL PARTIES OF RECORD HEREIN:

NOTICE IS HEREBY GIVEN that Leander L. James, of the firm James, Vernon & Weeks, P.A., attorneys of record for Plaintiff, Dorina Sokolovsky, will be unavailable during the period of time beginning July 26, 2024 through and including August 2, 2024. Mr. James is the lead attorney representing Plaintiff in this matter. As such, he is uniquely familiar with the history of the case and Plaintiff's legal arguments. During said period of time, Mr. James will be out of the country and difficult to contact. It is respectfully requested that any pending matter be set for a date after August 2, 2024.

DATED: July 22, 2024

JAMES, VERNON WEEKS, P.A.

      /s/ Leander L. James
By:_____
    Leander L. James, NYSB #5557798
    1626 Lincoln Way
    Coeur d'Alene, ID 83814
    P: (208) 667-0683
    ljames@jvwlaw.net

TO:

*Segal McCambridge Singer & Mahoney*
*Attorneys for Oorah Inc.*
Carla Varriale-Barker, Esq.
777 Third Ave, Suite 2400
New York, New York 10017
cvarriale@smsm.com

Twersky PLLC
*Attorneys for Co-Defendant*
*Gittie Sheinkopf*
Aaron Twersky, Esq.
Illana Neufeld, Esq.
747 Third Avenue, 32nd Floor
New York, New York 10017
(212) 425-0149
atwersky@twerskylaw.com