JAMES, VERNON & WEEKS, P.A.
*Attorneys for Plaintiff*
Leander L. James, Esq.
Craig K. Vernon, Esq.
1626 Lincoln Way
Coeur d'Alene, ID 83814
(208) 667-0683
ljames@jvwlaw.net
cvernon@jvwlaw.net

UNITED STATES DISTRICT COURT
IN AND FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DORINA SOKOLOVSKY,<br><br>    *Plaintiff*,<br><br>v.<br><br>OORAH, INC., OORAH CATSKILL RETREAT LLC a/k/a "THE ZONE," and GITTIE SHEINKOPF,<br><br>    *Defendants*. | **Docket No: 1:20-cv-04116** |

## JOINT STIPULATION FOR DISMISSAL
## AND ORDER THEREON

Having resolved this action to the mutual satisfaction of the Parties, the Parties hereby stipulate and agree, by and through their respective counsels of record, to the dismissal of this action and all crossclaims. Each party is to bear their own attorney's fees and costs.

1

Dated:   September 27, 2024

                                      Respectfully submitted,

                                      */s/ Leander L. James*
                                      Leander L. James
                                      Counsel for Plaintiff

                                      */s/ Carla Varriale-Barker*
                                      Carla Varriale-Barker, Esq.
                                      Counsel for Oorah Defendants

                                      */s/ Aaron Twersky*
                                      Arron Twersky, Esq.
                                      Counsel for Gittie Sheinkopf

## **ORDER**

Based upon the stipulation of the parties, this action is hereby dismissed, each party to bear their own attorney's fees and costs.

**SO ORDERED:**

DATED: _____                     _____

                                                      Hon. Cheryl L. Pollak
                                                United States Magistrate Judge